IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LENNAR MARE ISLAND, LLC,

        Plaintiff,                                  NO. S-12-2182 KJM KJN

    v.

STEADFAST INSURANCE CO.,                 <u>ORDER</u>

        Defendants.
_____/

        Based on the stipulation of the parties, Lennar Mare Island, LLC ("Lennar") and Steadfast Insurance Co. ("Steadfast") (ECF 20), the court orders as follows:

        1.    Lennar may file the "First Amended Complaint For Damages, Punitive Damages and Declaratory Relief" (Ex. A, ECF 20), such filing to be effective January 14, 2013; and

        2.    Steadfast's answer to Lennar's original complaint, filed on August 27, 2012 (ECF 4), may serve as Steadfast's answer to Lennar's First Amended Complaint, however, Steadfast also may elect to file an answer to the First Amended Complaint.

IT IS SO ORDERED.

DATED: January 16, 2013.

                                              UNITED STATES DISTRICT JUDGE

1