UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENNAR MARE ISLAND, LLC, | NO. 2:12-cv-2182 KJM KJN |
| Plaintiff, | |
| v. | <u>STATUS ORDER</u> |
| STEADFACT INSURANCE COMPANY, | |
| Defendant. | |
| _____/ | |

An initial scheduling conference was held in this case on January 10, 2013; Ryan Werner appeared for plaintiff; David Campagne and Deborah Ballati appeared for defendant. Having reviewed the parties' Joint Status Report filed on January 3, 2013, and discussed a schedule for the case with counsel at the hearing, the court makes the following orders:

I.   <u>SERVICE OF PROCESS</u>

All named defendants have been served and no further service is permitted without leave of court, good cause having been shown.

II.   <u>ADDITIONAL PARTIES/AMENDMENTS/PLEADINGS</u>

Steadfast shall have until ninety (90) days from the status conference to join the U.S. Navy as a party. No further joinder of parties or amendments to pleadings is permitted without leave of court, good cause having been shown. *See* FED. R. CIV. P. 16(b); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604 (9th Cir. 1992).

/////

1   III.    <u>JURISDICTION/VENUE</u>

2         Jurisdiction is predicated upon 28 U.S.C. §§ 1332(a) and 1441(b).  Jurisdiction
3 and venue are not disputed.

4   IV.    <u>DISCOVERY</u>

5         LMI represents that it has completed its initial disclosures; defendants question
6 whether disclosure is complete.  All remaining initial disclosures to be completed within sixty
7 (60) days of status conference date; disclosures by Steadfast shall be made on a rolling basis,
8 such that as a claim file or other discreet set of disclosures is available, it shall be produced to
9 other parties.

10         Discovery may proceed, as needed to exhaust parties' efforts to reach stipulations
11 and narrow issues that need to be litigated, and within limits set by Federal Rules of Civil
12 Procedure.

13         All motions to compel discovery must be noticed on the magistrate judge's
14 calendar in accordance with the local rules of this court.  While the assigned magistrate judge
15 reviews proposed discovery phase protective orders, requests to seal or redact are decided by
16 Judge Mueller as discussed in more detail below.

17   V.    <u>FURTHER STATUS</u>

18         A further status is set for April 18, 2013, for discussion of further phased
19 scheduling.  The parties shall file seven (7) days before a joint status report covering the status of
20 discovery, any stipulations reached, additional discovery any party believes necessary and a
21 proposed schedule for the balance of the case.

22   VI.    <u>MODIFICATION OF STATUS ORDER</u>

23         The parties are reminded that pursuant to Rule 16(b) of the Federal Rules of Civil
24 Procedure, the Status (Pretrial Scheduling) Order shall not be modified except by leave of court
25 upon a showing of good cause.  Agreement by the parties pursuant to stipulation alone does not
26 constitute good cause.  Except in extraordinary circumstances, unavailability of witnesses or
27 counsel does not constitute good cause.
28 /////

VII. <u>OBJECTIONS TO STATUS ORDER</u>

This Status Order will become final without further order of the court unless objections are filed within fourteen (14) *calendar* days of service of this Order.

IT IS SO ORDERED.

DATED: January 28, 2013.

_____
UNITED STATES DISTRICT JUDGE