SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
  W. David Campagne, #111372
  dcampagne@spcclaw.com
  Blaise S. Curet, #124983
  bcuret@spcclaw.com
  Stephen R. Wong, #186187
  swong@spcclaw.com
Two Embarcadero Center, Suite 1410
San Francisco, California 94111
Tel.: (415) 352-6200; Fax: (415) 352-6224

Attorneys for Defendant, Counter-Complainant
and Counter-Defendant
STEADFAST INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| LENNAR MARE ISLAND, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>STEADFAST INSURANCE COMPANY,<br><br>        Defendant.<br><br>AND RELATED COUNTER-CLAIMS. | Case No. 2:12-cv-02182-KJM-KJN<br><br>**STIPULATION TO CONTINUE STEADFAST INSURANCE COMPANY'S MOTION FOR RELIEF FROM PRESUMPTIVE DISCOVERY LIMITS FOR DEPOSITIONS** |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff and Counterdefendant LENNAR MARE ISLAND ("LMI"), Defendant and Counterclaimant STEADFAST INSURANCE COMPANY ("STEADFAST") and Counterdefendant and Counterclaimant CH2M HILL CONSTRUCTORS, INC. as follows:

1. On September 13, 2013, STEADFAST filed its Motion For Relief From Presumptive Discovery Limits For Depositions (the "Motion") [Dk# 43] and set the hearing date on the Motion for October 3, 2013.

2. Counsel for LMI is unavailable on that date.

3. The parties have met and conferred and agreed to jointly request that the Court continue the hearing date for the Motion currently set for October 3, 2013 to November 21, 2013.

DATED: September 17, 2013        PENNINGTON LAWSON LLP

By: /s/ Ryan L. Werner (authorized 9/17/03)
    Ryan L. Werner

Attorneys for Plaintiff, Lennar Mare Island, LLC

DATED: September 17, 2013        SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC

By: /s/ Stephen R. Wong
    Stephen R. Wong

Attorneys for Defendant, Countercomplainant and Counterdefendant Steadfast Insurance Company

DATED: September 17, 2013        FARELLA BRAUN + MARTELL LLP

By: /s/ Deborah S. Ballati (authorized 9/17/03)
    Deborah S. Ballati

Attorneys for Counterdefendant and Counterclaimant CH2M Hill Constructors, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 18, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
TWO EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CALIFORNIA 94111
TEL (415) 352-6200 • FAX (415) 352-6224

3
STIPULATION TO CONTINUE DISCOVERY MOTION AND [PROPOSED] ORDER