1  Deborah S. Ballati (State Bar No. 067424)
   dballati@fbm.com
2  Amanda D. Hairston (State Bar No. 251096)
   ahairston@fbm.com
3  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA  94104
   Telephone:  (415) 954-4400
5  Facsimile:  (415) 954-4480

6  Attorneys for
   Counterdefendant and Counterclaimant
7  CH2M HILL CONSTRUCTORS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LENNAR MARE ISLAND, LLC, | Case No. 2:12-cv-02182-KJM-KJN |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING CH2M HILL CONSTRUCTORS, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT AUGUST 28, 2014 MOTION TO COMPEL HEARING** |
| vs. | |
| STEADFAST INSURANCE COMPANY, and DOES 1 through 10, | |
| Defendants. | |
| STEADFAST INSURANCE COMPANY, | |
| Counterclaimant, | |
| vs. | |
| LENNAR MARE ISLAND, LLC, CH2M HILL CONSTRUCTORS, INC., and ROES 1 through 10, | |
| Counterdefendants. | |
| CH2M HILL CONSTRUCTORS, INC., | |
| Counterclaimant, | |
| vs. | |
| STEADFAST INSURANCE COMPANY, | |
| Counterdefendant. | |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] ORDER GRANTING TELEPHONIC
APPEARANCE REQUEST
CASE NO. 12-CV-02182-KJM-KJN

22473\4526884.1

The Court hereby grants the request of Counterdefendant and Counterclaimant CH2M HILL Constructors, Inc. that its counsel be allowed to appear telephonically at the motion to compel hearing scheduled for August 28, 2014 at 10:00 a.m.

Dated: August 22, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER GRANTING TELEPHONIC APPEARANCE REQUEST
CASE NO. 12-CV-02182-KJM-KJN

- 2 -

22473\4526884.1