Ryan L. Werner (State Bar No. 112181)
rwerner@penningtonlawson.com
Pennington Lawson LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA  94111
Tel: (415) 484-4343

Attorneys for Plaintiff and Counterdefendant
Lennar Mare Island, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LENNAR MARE ISLAND, LLC,<br><br>            Plaintiff,<br>    vs.<br><br>STEADFAST INSURANCE COMPANY,<br><br>            Defendant. | CASE No. 2:12-cv-02182-KJM-KJN<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT AUGUST 28, 2014, HEARING ON MOTION TO COMPEL |
| AND RELATED COUNTERCLAIMS | |

The court hereby grants plaintiff and counterdefendant Lennar Mare Island, LLC's ("LMI's") request that its counsel be permitted to appear by telephone at the hearing on LMI's Motion To Compel Production of Documents, currently scheduled for August 28, 2014 at 10:00 a.m..

Dated:  August 25, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE