1  Deborah S. Ballati (State Bar No. 067424)
   dballati@fbm.com
2  Amanda D. Hairston (State Bar No. 251096)
   ahairston@fbm.com
3  Farella Braun + Martel LLP
4  235 Montgomery Street, 17th Floor
   San Francisco, CA 94104
5  Telephone: (415) 954-4400
   Facsimile: (415) 954-4480
6

7  Attorneys for
   Counterdefendant and Counterclaimant
8  CH2M HILL CONSTRUCTORS, INC.

9

10                    UNITED STATES DISTRICT COURT

11                FOR THE EASTERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13  LENNAR MARE ISLAND, LLC, | No. 2:12-cv-2182-KJM-KJN |
| 14                Plaintiff, | |
| 15      v. | [~~PROPOSED~~] ORDER GRANTING CH2M HILL CONSTRUCTORS, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT SEPTEMBER 18, 2014 MOTION TO COMPEL HEARING |
| 16  STEADFAST INSURANCE COMPANY, et al., | |
| 17                Defendants. | |

19       The Court hereby grants the request of Counterdefendant and Counterclaimant CH2M HILL

20  Constructors, Inc. that its counsel be allowed to appear telephonically at the motion to compel hearing

21  scheduled for September 18, 2014, at 10:00 a.m.

22  Dated:  September 9, 2014

23                                                          _____
24                                                          KENDALL J. NEWMAN
                                                            UNITED STATES MAGISTRATE JUDGE

1