| CAED 435 (Rev. 03/15) | United States District Court, Eastern District of California  **TRANSCRIPT ORDER** | | FOR COURT USE ONLY  DUE DATE: | |
|---|---|---|---|---|
| *PLEASE Read Instruction Page (attached):* | | | | |
| 1. YOUR NAME  Ryan L. Werner | 2. EMAIL  rwerner@penningtonlawson.com | 3. PHONE NUMBER  415-484-4343 | 4. DATE  03-11-2015 | |
| 5. MAILING ADDRESS  44 Montgomery Street, Suite 2400 | | 6. CITY  San Francisco | 7. STATE  CA | 8. ZIP CODE  94104 |
| 9. CASE NUMBER  2:12-cv-02182-KJM-KJN | 10. JUDGE  Mueller | DATES OF PROCEEDINGS | | |
| | | 11. FROM 03/27/2014 | 12. TO 03/27/2014 | |
| 13. CASE NAME  Lennar Mare Island, LLC v. Steadfast Ins. Co. | | LOCATION OF PROCEEDINGS | | |
| | | 14. CITY Sacramento | 15. STATE CA | |

16. ORDER FOR
☐ APPEAL No. _____   ☐ CRIMINAL   ☐ CRIMINAL JUSTICE ACT   ☐ BANKRUPTCY
☐ NON-APPEAL   ☑ CIVIL   ☐ IN FORMA PAUPERIS   ☐ OTHER *(Specify)*

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You must provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| ☐ ENTIRE TRIAL | | | ☑ OTHER (Specify Below) | | |
| ☐ JURY SELECTION | | | Motion hearing | 03/27/2014 | Catherine Bodene |
| ☐ OPENING STATEMENTS | | | | | |
| ☐ CLOSING ARGUMENTS | | | | | |
| ☐ JURY INSTRUCTIONS | | | | | |
| ☐ | | | | | |
| ☐ | | | | | |

18. ORDER   (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☑ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

19. SIGNATURE *[signed]*
20. DATE 3/11/2015

PROCESSED BY

PHONE NUMBER

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |