Deborah S. Ballati (State Bar No. 067424)
dballati@fbm.com
Amanda D. Hairston (State Bar No. 251096)
ahairston@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for
Counterdefendant and Counterclaimant
CH2M HILL CONSTRUCTORS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENNAR MARE ISLAND, LLC,<br><br>         Plaintiff,<br><br>    vs.<br><br>STEADFAST INSURANCE COMPANY, and DOES 1 through 10,<br><br>         Defendants. | Case No. 2:12-cv-02182-KJM-KJN<br><br>**[PROPOSED] ORDER GRANTING CH2M HILL CONSTRUCTORS, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT APRIL 2, 2015 <u>MOTION TO COMPEL HEARING</u>** |
| <u>STEADFAST INSURANCE COMPANY,</u><br><br>         Counterclaimant,<br><br>    vs.<br><br>LENNAR MARE ISLAND, LLC, CH2M HILL CONSTRUCTORS, INC., and ROES 1 through 10,<br><br>         Counterdefendants. | |
| CH2M HILL CONSTRUCTORS, INC.,<br><br>         Counterclaimant,<br><br>    vs.<br><br>STEADFAST INSURANCE COMPANY,<br><br>         Counterdefendant. | |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] ORDER GRANTING TELEPHONIC
APPEARANCE REQUEST
CASE NO. 12-CV-02182-KJM-KJN

22473\4816897.1

The Court hereby grants the request of Counterdefendant and Counterclaimant CH2M HILL Constructors, Inc. that its counsel be allowed to appear telephonically at the motion to compel hearing scheduled for April 2, 2015, at 9:00 a.m.

Dated:  March 31, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] ORDER GRANTING TELEPHONIC
APPEARANCE REQUEST
CASE NO. 12-CV-02182-KJM-KJN

- 2 -

22473\4816897.1