Deborah S. Ballati (State Bar No. 067424)
 dballati@fbm.com
Adam C. Dawson (State Bar No. 136551)
 adawson@fbm.com
Amanda D. Hairston (State Bar No. 251096)
 ahairston@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for
Counterdefendant and Counterclaimant
CH2M HILL CONSTRUCTORS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENNAR MARE ISLAND, LLC,<br><br>         Plaintiff,<br><br>    vs.<br><br>STEADFAST INSURANCE COMPANY, and DOES 1 through 10,<br><br>         Defendants.<br><br>AND RELATED COUNTER-CLAIMS AND CROSS-CLAIMS | Case No. 2:12-cv-02182-KJM-KJN<br><br>**ORDER GRANTING CH2M HILL CONSTRUCTORS, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT JUNE 17, 2016 <u>HEARING AND CONFERENCE</u>** |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

ORDER GRANTING TELEPHONIC
APPEARANCE REQUEST
CASE NO. 12-CV-02182-KJM-KJN

22473\5484818.1

The court hereby grants the request of Counterdefendant and Counterclaimant CH2M HILL Constructors, Inc. that its counsel, Deborah S. Ballati, be allowed to appear telephonically at the hearing and conference scheduled for June 17, 2016 at 10:00 a.m.

Dated: June 13, 2016

_____
UNITED STATES DISTRICT JUDGE

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

ORDER GRANTING TELEPHONIC
APPEARANCE REQUEST
CASE NO. 12-CV-02182-KJM-KJN

- 2 -

22473\5484818.1