UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENNAR MARE ISLAND, LLC, | No. 2:12-cv-02182-KJM-KJN |
| Plaintiff, | |
| v. | ORDER |
| STEADFAST INSURANCE COMPANY, | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

On December 29, 2015, discovery in this action was stayed pending resolution of motions to dismiss Steadfast's second amended counterclaim. ECF No. 341. On March 3, 2016, those motions were resolved, and the court extended the stay pending resolution of Lennar Mare Island, LLC's (LMI's) motions for partial summary judgment. ECF No. 351. On March 31, 2016, the court issued an order granting those motions in part. ECF No. 354.

/////
/////
/////
/////
/////

1

1         On June 2, 2016, LMI filed a discovery-related motion before the magistrate judge
2 assigned to this case, as referred under local rule. ECF No. 354. The court clarifies its previous
3 order that the stay of discovery was LIFTED on March 31, 2016.
4         IT IS SO ORDERED.
5 DATED: June 22, 2016.

                                    UNITED STATES DISTRICT JUDGE