J. TAYLOR MCCONKIE (Colo. Bar No. 34360)
MITCHELL ZEFF (D.C. Bar No. 494066)
SERAJUL ALI (Cal. Bar No. 276953)
U.S. Department of Justice
Civil Division
Corporate/Financial Litigation
1100 L Street, N.W., No. 10000
Washington, D.C., 20005
Telephone: (202) 307-0488

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENNAR MARE ISLAND, LLC,<br><br>             Plaintiff,<br>and<br><br>UNITED STATES OF AMERICA,<br><br>             Plaintiff-Intervenor<br><br>             V.<br><br>STEADFAST INSURANCE COMPANY<br><br>             Defendant. | CASE NO.  2:12-CV-02182-KJM-KJN |
| LENNAR MARE ISLAND, LLC,<br><br>             Plaintiff,<br>and<br><br>UNITED STATES OF AMERICA,<br><br>             Plaintiff-Intervenor<br><br>             V.<br><br>STEADFAST INSURANCE COMPANY<br><br>             Defendant. | CASE NO.  2:16-CV-00291-KJM-KJN<br><br>**ORDER GRANTING THE UNITED STATES' REQUEST TO APPEAR TELEPHONICALLY AT NOVEMBER 3, 2016 MOTION TO QUASH HEARING** |
| AND ALL RELATED COUNTER-CLAIMS AND CROSS-CLAIMS | |

[Proposed] Order Granting United States'
Request to Appear Telephonically

1

The Court hereby grants the request of counsel for Plaintiff-Intervenor the United States of America to appear telephonically at the motion to quash hearing scheduled for November 3, 2016, at 10:00 a.m.

Dated:  November 2, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order Granting United States'
Request to Appear Telephonically

2