Deborah S. Ballati (State Bar No. 067424)
　dballati@fbm.com
Adam C. Dawson (State Bar No. 136551)
　adawson@fbm.com
Amanda D. Hairston (State Bar No. 251096)
　ahairston@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Counterdefendant, Counterclaimant, and Crossdefendant
CH2M HILL CONSTRUCTORS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENNAR MARE ISLAND, LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>STEADFAST INSURANCE COMPANY, and DOES 1 through 10,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTER-CLAIMS AND CROSS-CLAIMS | Case No. 2:12-cv-02182-KJM-KJN<br><br>**[PROPOSED] ORDER GRANTING CH2M HILL CONSTRUCTORS, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT NOVEMBER 3, 2016 MOTION TO QUASH HEARING** |

　　　The Court hereby grants the request of CH2M HILL Constructors, Inc. that its counsel be allowed to appear telephonically at the motion to quash hearing scheduled for November 3, 2016, at 10:00 a.m.

Dated: November 2, 2016

　　　　　　　　　　　　　　　　　　　　_/s/ Kendall J. Newman_
　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER GRANTING TELEPHONIC APPEARANCE REQUEST
CASE NO. 12-CV-02182-KJM-KJN

22473\5504070.1