UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENNAR MARE ISLAND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STEADFAST INSURANCE COMPANY, et al., <br><br> Defendants. | No. 2:12-cv-2182-KJM-KJN |
| LENNAR MARE ISLAND, LLC, <br><br> Plaintiff, <br><br> v. <br><br> STEADFAST INSURANCE COMPANY, <br><br> Defendant. | No. 2:16-cv-0291-KJM-KJN <br><br> ORDER |

On January 25, 2017, defendant Steadfast Insurance Company's ("Steadfast") counsel emailed the court a letter requesting the court to continue the hearing on plaintiff Lennar Mare Island, LLC's ("LMI") motions to compel filed in these two actions that are currently scheduled for hearing on February 2, 2017.[1] Steadfast's counsel requests that the court continue the hearing

---

[1] Steadfast's counsel also cc'ed plaintiff's counsel on the emails he sent to the court containing the letter.

1

date an additional week due to the limited time he will have to prepare Steadfast's portions of the joint statements regarding the parties' discovery disputes given the current hearing date, the existence of potential scheduling conflicts, and his belief that the parties may be able to resolve one or more of their discovery disputes without court intervention if given additional time. The court is inclined to grant Steadfast's request, but is unavailable on the date on which he seeks to have the hearing rescheduled. Furthermore, LMI has not had an opportunity to respond and voice its opposition, if any, to Steadfast's request. Accordingly, the court maintains the current February 2, 2017 hearing date, but directs LMI to file a brief statement regarding whether it opposes a continuance of that hearing to February 16, 2017, at 10:00 a.m.

Based on the foregoing, IT IS HEREBY ORDERED that by no later than January 26, 2017, at 5:00 p.m., LMI shall file with the court a brief statement regarding whether it opposes Steadfast's request to continue the February 2, 2017 hearing to February 16, 2017, and, if so, its reasons why Steadfast's request should be denied. If LMI does not oppose a continuance, but has a scheduling conflict with the court's proposed February 16, 2017 hearing date, it shall state as much and provide alternative dates for the continued hearing.[2] If the court does not receive a response from LMI by the above deadline, it will continue the hearing date to February 16, 2017.

IT IS SO ORDERED.

Dated: January 25, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

KJN/amd

---

[2] Similarly, if Steadfast has a scheduling conflict with this proposed date, its counsel shall contact plaintiff's counsel and the undersigned's courtroom deputy and provide alternate dates for a continued hearing.

2