J. TAYLOR MCCONKIE (Colo. Bar No. 34360)
MITCHELL ZEFF (D.C. Bar No. 494066)
SERAJUL ALI (Cal. Bar No. 276953)
JONATHAN E. JACOBSON (Ill. Bar No. 6317721)
U.S. Department of Justice
Civil Division
Corporate/Financial Litigation
1100 L Street, N.W., No. 10002
Washington, D.C., 20005
Telephone: (202) 307-0277

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENNAR MARE ISLAND, LLC,<br><br>　　　　　　Plaintiff,<br>and<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff-Intervenor<br><br>　　　　　　V.<br><br>STEADFAST INSURANCE COMPANY<br><br>　　　　　　Defendant. | CASE NO.  2:12-CV-02182-KJM-KJN |
| LENNAR MARE ISLAND, LLC,<br><br>　　　　　　Plaintiff,<br>and<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff-Intervenor<br><br>　　　　　　V.<br><br>STEADFAST INSURANCE COMPANY<br><br>　　　　　　Defendant. | CASE NO.  2:16-CV-00291-KJM-KJN<br><br>**ORDER GRANTING THE UNITED STATES' REQUEST TO APPEAR TELEPHONICALLY AT MARCH 23, 2017 HEARING** |
| AND ALL RELATED COUNTER-CLAIMS AND CROSS-CLAIMS | |

Order Granting Request to Appear
Telephonically

1 | The Court hereby grants the request of Plaintiff-Intervenor the United States of America to appear telephonically at the hearing scheduled for March 23, 2017, at 10:00 a.m.

Dated:  March 22, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Order Granting Request to Appear Telephonically