Deborah S. Ballati (State Bar No. 067424)
  dballati@fbm.com
Adam C. Dawson (State Bar No. 136551)
  adawson@fbm.com
Amanda D. Hairston (State Bar No. 251096)
  ahairston@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Counterdefendant, Counterclaimant, and Crossdefendant
CH2M HILL CONSTRUCTORS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| LENNAR MARE ISLAND, LLC, | Case No. 2:12-cv-02182-KJM-KJN |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING CH2M HILL CONSTRUCTORS, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT MARCH 23, 2017 HEARING** |
| vs. | |
| STEADFAST INSURANCE COMPANY, and DOES 1 through 10, | |
| Defendants. | |
| AND RELATED COUNTER-CLAIMS AND CROSS-CLAIMS | |

The Court hereby grants the request of CH2M HILL Constructors, Inc. that its counsel be allowed to appear telephonically at the hearing scheduled for March 23, 2017, at 10:00 a.m.

Dated:  March 22, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY
CASE NO. 12-CV-02182-KJM-KJN

22473\5884706.1