J. TAYLOR MCCONKIE (Colo. Bar No. 34360)
MITCHELL ZEFF (D.C. Bar No. 494066)
SERAJUL ALI (Cal. Bar No. 276953)
JONATHAN E. JACOBSON (Ill. Bar No. 6317721)
U.S. Department of Justice
Civil Division
Corporate/Financial Litigation
1100 L Street, N.W., No. 10002
Washington, D.C., 20005
Telephone: (202) 307-0277

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENNAR MARE ISLAND, LLC,<br><br>    Plaintiff,<br>and<br><br>UNITED STATES OF AMERICA,<br><br>    Plaintiff-Intervenor<br><br>    V.<br><br>STEADFAST INSURANCE COMPANY<br><br>    Defendant. | CASE NO.  2:12-CV-02182-KJM-KJN |
| LENNAR MARE ISLAND, LLC,<br><br>    Plaintiff,<br>and<br><br>UNITED STATES OF AMERICA,<br><br>    Plaintiff-Intervenor<br><br>    V.<br><br>STEADFAST INSURANCE COMPANY<br><br>    Defendant. | CASE NO.  2:16-CV-00291-KJM-KJN<br><br>**ORDER GRANTING THE UNITED STATES' REQUEST TO APPEAR TELEPHONICALLY AT APRIL 6, 2017 HEARING** |
| AND ALL RELATED COUNTER-CLAIMS AND CROSS-CLAIMS | |

Proposed Order to Request to Appear Telephonically

    The Court hereby grants the request of Plaintiff-Intervenor the United States of America to appear telephonically at the hearing scheduled for April 6, 2017, at 10:00 a.m.

Dated:  April 3, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE