NEWMEYER & DILLION LLP
ALAN H. PACKER, CBN 124724
Alan.Packer@ndlf.com
BONNIE ROADARMEL, CBN 205275
Bonnie.Roadarmel@ndlf.com
JACQUELYN MOHR, CBN 278337
Jacquelyn.Mohr@ndlf.com
1333 N. California Blvd, Suite 600
Walnut Creek, California  94596
(925) 988-3200; (925) 988-3290 (Fax)

Attorneys for Plaintiff
LENNAR MARE ISLAND, LLC

PENNINGTON LAWSON LLP
RYAN L. WERNER, CBN 112181
44 Montgomery Street, Suite 2400
San Francisco, CA  94104

Attorneys for Plaintiff
LENNAR MARE ISLAND, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LENNAR MARE ISLAND, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>STEADFAST INSURANCE COMPANY, and DOES 1 through 10,,<br><br>Defendant. | CASE NO.:         2:12-cv-02182-KJM-KJN<br>HEARING DATE: April 6, 2017<br>TIME:                   10:00 am<br>CTRM:                  25, 8th Floor<br>JUDGE:                Magistrate Judge Newman<br><br>**ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY** |
| STEADFAST INSURANCE COMPANY,,<br><br>Counter-claimant,<br><br>vs.<br><br>LENNAR MARE ISLAND, LLC, CH2M HILL CONSTRUCTORS, INC., and ROES 1 through 10, ,<br><br>Counter-defendants. | CASE NO.:           2:16-cv-00291-KJM-KJN |

6782701.1                                              [PROPOSED] ORDER  2:12-CV-02182-KJM-KJN

The Court hereby grants the request of LENNAR MARE ISLAND, LLC, that its counsel be allowed to appear telephonically at the hearing scheduled for April 6, 2017, at 10:00 a.m.

Dated:  April 3, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE