Deborah S. Ballati (State Bar No. 067424)
    dballati@fbm.com
Adam C. Dawson (State Bar No. 136551)
    adawson@fbm.com
Amanda D. Hairston (State Bar No. 251096)
    ahairston@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Counterdefendant, Counterclaimant, and Crossdefendant
CH2M HILL CONSTRUCTORS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENNAR MARE ISLAND, LLC,<br><br>        Plaintiff,<br><br>    vs.<br><br>STEADFAST INSURANCE COMPANY, and DOES 1 through 10,<br><br>        Defendants. | Case No. 2:12-cv-02182-KJM-KJN<br><br>**ORDER GRANTING CH2M HILL CONSTRUCTORS, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT <u>APRIL 6, 2017 HEARING</u>** |
| AND RELATED COUNTER-CLAIMS AND CROSS-CLAIMS | |

   The Court hereby grants the request of CH2M HILL Constructors, Inc. that its counsel be allowed to appear telephonically at the hearing scheduled for April 6, 2017, at 10:00 a.m.

Dated:  April 3, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY
CASE NO. 12-CV-02182-KJM-KJN

22473\5900827.1