1 J. TAYLOR MCCONKIE (Colo. Bar No. 34360)
MITCHELL ZEFF (D.C. Bar No. 494066)
2 SERAJUL ALI (Cal. Bar No 276953)
JONATHAN E. JACOBSON (Ill. Bar. No. 6317721)
3 U.S. Department of Justice
Civil Division
4 1100 L Street, N.W., No. 10002
Washington, D.C., 20005
5 Telephone: (202) 307-0277

THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENNAR MARE ISLAND, LLC, | CASE NO. 2:12-CV-02182-KJM-KJN |
| Plaintiff, and | |
| UNITED STATES OF AMERICA, | |
| Plaintiff-Intervenor | |
| V. | |
| STEADFAST INSURANCE COMPANY | |
| Defendant. | |
| LENNAR MARE ISLAND, LLC, | CASE NO. 2:16-CV-00291-KJM-KJN |
| Plaintiff, and | **ORDER MODIFYING PRETRIAL ORDER TO EXTEND EXPERT DISCOVERY DEADLINES** |
| UNITED STATES OF AMERICA, | |
| Plaintiff-Intervenor | |
| V. | |
| STEADFAST INSURANCE COMPANY | |
| Defendant. | |
| AND ALL RELATED COUNTER-CLAIMS AND CROSS-CLAIMS | |

The parties have stipulated to a limited modification of the expert discovery schedule in light of an injury suffered by the United States' retained expert. I hereby find that good cause exists pursuant to Fed. R. Civ. P. 16(b)(4) to justify the modification agreed upon by the parties. Accordingly:

1. Although the parties will disclose amongst themselves the name, address, and area of expertise of each expert they propose to tender at trial not later than April 21, 2017, exchange of expert written reports under Fed. R. Civ. P. 26(a)(2)(B) shall be moved from April 21, 2017 to May 3, 2017.
2. The supplemental expert disclosure deadline shall be moved from May 5, 2017 to May 12, 2017.
3. The date for completion of all expert discovery shall be moved from June 2, 2017 to June 12, 2017.
4. All other dates contained in the pretrial order, including the trial date, shall remain in place.

**IT IS SO ORDERED.**

Date: April 14, 2017

_____
UNITED STATES DISTRICT JUDGE