UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENNAR MARE ISLAND, LLC,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>STEADFAST INSURANCE COMPANY, and DOES 1 through 10,<br><br>　　　　　Defendants. | Case No. 2:12-cv-02182-KJM-KJN<br><br>**STIPULATION AND ORDER REGARDING SUBMISSION OF SUPPORTING DOCUMENTATION FOR EXPERT REPORTS**<br><br>Trial Date: October 16, 2017 |
| STEADFAST INSURANCE COMPANY,<br><br>　　　　　Counterclaimant,<br><br>　vs.<br><br>LENNAR MARE ISLAND, LLC, CH2M HILL CONSTRUCTORS, INC., and ROES 1 through 10,<br><br>　　　　　Counterdefendants. | |
| CH2M HILL CONSTRUCTORS, INC.,<br><br>　　　　　Counterclaimant,<br><br>　vs.<br><br>STEADFAST INSURANCE COMPANY,<br><br>　　　　　Counterdefendant. | |

IT IS HEREBY STIPULATED and agreed by and between the UNITED STATES, LENNAR MARE ISLAND, LLC ("LMI"), CH2M HILL CONSTRUCTORS, INC. ("CCI"), and STEADFAST INSURANCE COMPANY ("STEADFAST"), and subject to approval by the Court, as follows:

1. The parties are currently scheduled to exchange and file expert written reports under Fed. R. Civ. Proc. 26(a)(2)(B) on May 3, 2017.

2. The parties expect some of those reports, the supporting documentation for those reports, or both, to be extremely voluminous. The parties are concerned that documents of this magnitude will be rejected by the Court's electronic filing system. In addition, some of the documents are Excel spreadsheets and it will be difficult to format those documents into usable PDF versions that may be uploaded to the Court's system.

3. Accordingly, the parties have agreed, subject to approval by the Court pursuant to the attached [Proposed] Order, to file only the expert written reports and to electronically submit to the Court and serve on the other parties any supporting documentation for those reports. The parties propose using USB "thumb" drives but will use any other method requested by the Court.

IT IS SO STIPULATED

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER RE
SUBMISSION OF SUPPORTING DOCUMENTATION FOR      - 1 -
EXPERT REPORTS, Case No. 2:12-cv-02182-KJM-KJN

| | | |
|---|---|---|
| Dated: April 28, 2017 | | PENNINGTON LAWSON LLP |

By:   /s/ Ryan L. Werner, Esq.
    Ryan L. Werner, Esq.

    Attorneys for Plaintiff LENNAR MARE ISLAND, LLC

Dated: April 28, 2017      FARELLA BRAUN + MARTEL LLP

By:   /s/ Amanda D. Hairston, Esq.
    Amanda D. Hairston, Esq.

    Attorneys for Counterdefendant and Counterclaimant
    CH2M HILL CONSTRUCTORS, INC.

Dated: April 28, 2017      QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:   /s/ Jack Baumann, Esq.
    Jack Baumann, Esq.

    Attorneys for Defendant, Counterclaimant, and Counterdefendant
    STEADFAST INSURANCE COMPANY

Dated: April 28, 2017      U.S. DEPARTMENT OF JUSTICE

By:   Jonathan Jacobson, Esq.
    Jonathan Jacobson, Esq.

    Attorneys for Plaintiff-intervenor
    UNITED STATES OF AMERICA

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER RE SUBMISSION OF SUPPORTING DOCUMENTATION FOR EXPERT REPORTS, Case No. 2:12-cv-02182-KJM-KJN    - 2 -

# **ORDER**

The Court, having reviewed and considered the Parties' Stipulation Regarding Submission of Supporting Documentation for Expert Reports, and good cause appearing:

HEREBY ORDERS that:

The parties are only required to file expert written reports with the Court and may electronically submit to the Court and serve on the other parties any supporting documentation for those reports. The submission of any supporting documentation via USB thumb drive is acceptable to the Court.

**IT IS SO ORDERED.**

DATED: May 3, 2017.

_____
UNITED STATES DISTRICT JUDGE

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER RE SUBMISSION OF SUPPORTING DOCUMENTATION FOR EXPERT REPORTS, Case No. 2:12-cv-02182-KJM-KJN    - 3 -