# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENNAR MARE ISLAND, LLC,<br><br>　　　　Plaintiff,<br>and<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff-Intervenor<br><br>　　　　v.<br><br>STEADFAST INSURANCE COMPANY<br><br>　　　　Defendant. | CASE NO. 2:12-CV-02182-KJM-KJN |
| LENNAR MARE ISLAND, LLC,<br><br>　　　　Plaintiff,<br>and<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff-Intervenor<br><br>　　　　v.<br><br>STEADFAST INSURANCE COMPANY<br><br>　　　　Defendant. | CASE NO. 2:16-CV-00291-KJM-KJN<br><br>**ORDER** |
| AND ALL RELATED COUNTER-CLAIMS AND CROSS-CLAIMS | |

**ORDER**

1

## **ORDER OF THE COURT**

For good cause shown to the satisfaction of the Court, and upon the stipulation of all parties by and through their respective counsel of record, attached hereto,

**IT IS HEREBY ORDERED THAT**:

a. This consolidated case, and all discovery, proceedings, and deadlines, is hereby STAYED for a period of 60 days. The stay specifically applies, without limitation, to the filing of dispositive motions that would otherwise have been timely absent this Stipulation. In the event the settlement is not finalized, the Court shall issue a further order regarding scheduling that permits the filing of any dispositive motion that would have been timely as of the date of this stipulation.

b. The Court sets a mandatory Status Conference for **August 25, 2017** at 10:00 a.m., for the parties to brief the Court on the finalization of the settlement.

c. In the event the parties are unable to finalize the settlement, the parties shall be prepared to address at the Status Conference any necessary adjustments to the trial date and all other deadlines in the 6/28/16 Order. This shall not, however, have the impact of reopening discovery.

d. The trial date of October 16, 2017 is continued to **December 18, 2017** at 9:00 a.m., with this date to be addressed and confirmed at the Status Conference as necessary.

**IT IS SO ORDERED.**

Dated: June 21, 2017

_____
UNITED STATES DISTRICT JUDGE

4

**ORDER**